UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMIE BEECHBOARD, et al.,<br><br>    Plaintiff,<br>v.<br><br>PACE ASSEMBLEY COMPANY,<br><br>    Defendant. | Case No. 2:23-cv-00002<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiff Jamie Beechboard filed a notice of voluntarily dismissal of this action without prejudice. (Doc. No. 24). Accordingly, the initial case management conference set on June 22, 2023, is CANCELLED.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge