UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMIE BEECHBOARD, and<br>GENTRY LINDER,<br><br>　　Plaintiffs,<br><br>v.<br><br>PACE ASSEMBLY COMPANY,<br><br>　　Defendant. | )<br>)<br>)<br>)　NO. 2:23-cv-00002<br>)<br>)<br>)<br>)<br>) |

## ORDER

The parties have filed a Joint Notice of Voluntary Dismissal Without Prejudice. (Doc. No. 24) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE